■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EVELYN RODRIGUEZ, Respondent.—Appeal by the People from a sentence of the Supreme Court, Kings County, imposed February 9, 1976, on the ground that it is invalid as a matter of law. Sentence reversed, on the law, and case

remitted to the Criminal Term for resentencing in accordance with the views expressed herein. The facts have not been considered. CPL 720.10 excludes from youthful offender treatment youths indicted for a class A-I or A-II felony. That does not make it unconstitutional (see *People v Santiago,* 51 AD2d 1; cf. *People v Drayton,* 39 NY2d 580). It was therefore error to sentence the defendant herein as a youthful offender, since she had been indicted for a class A-I felony. Latham, Acting P. J., Cohalan, Shapiro and Titone, JJ., concur; Rabin, J., concurs in the result on constraint of *People v Santiago* (51 AD2d 1).